**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR 07 033 ML |
| | * | CR No. |
| v. | * | In violation of 18 U.S.C. §2423(b) (Traveling to Engage in Illicit Sexual Conduct) and 18 U.S.C. §2422(b) (Use of Interstate Facility to Entice a Minor) |
| WILLIAM CHRISTENSEN | * | |

FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The United States Attorney charges:

COUNT 1

1. On or about May 17, 2006, in the District of Rhode Island and elsewhere, the defendant, WILLIAM CHRISTENSEN, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct as defined in 18 U.S.C. § 2423(f), that is, a sexual act with a person under the age of 18 years of age that would be in violation of chapter 109A of the United States Code if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of 18 U.S.C. §§2423(b) and (f) and 2243(a).

COUNT 2

2. From on or about May 12, 2006 to on or about May 17, 2006, in the Districts of Rhode Island and Massachusetts and elsewhere, the defendant, WILLIAM CHRISTENSEN, did knowingly

attempt to use a facility and means of interstate commerce, to wit, the Internet, to persuade, induce, entice, and coerce an individual, who was at that time purporting to be under the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, sexual penetration by a person over the age of eighteen (18) years with another person over the age of fourteen (14) years and under the age of consent, sixteen (16) years of age, in violation of Rhode Island General Laws §§11-37-6 and 7.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

DATED: March 21, 2007

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney

RONALD GENDRON
Special Assistant U.S. Attorney