ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

Defendant: **WILLIAM CHRISTENSEN**

<u>COUNT I</u> : 18 U.S.C. § 2423(b) - Travel in interstate commerce for the purpose of engaging in illicit sexual activity.

PENALTIES - 30 years imprisonment, $250,000.00 fine; five years supervised release; and a $100.00 special assessment

<u>COUNT II:</u> 18 U.S.C. § 2422 (b) - Use of a facility in interstate commerce to entice a minor to engage in illegal sexual behavior.

PENALTIES - 30 years imprisonment with a minimum of 5 years, $250,000.00 fine; five years supervised release; and a $100.00 special assessment

Estimated trial days: 3