AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

William Christensen

APPEARANCE

CASE NUMBER: CR 07-033 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant.

I certify that I am admitted to practice in this court.

3/27/07

*Date*

Jeffrey B. Pine

*Signature*

JEFFREY B. PINE #2278

*Print Name* *Bar Number*

321 South Main St

*Address*

Providence, RI 02903

*City* *State* *Zip Code*

401-351-8200 401-351-9032

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.