AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

WILLIAM CHRISTENSEN
06/20/46

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-33ML

RECEIVED
U.S. MARSHALS SERVICE
MAR 22 2007
District of Rhode Island

(Name and Address of Defendant)
WILLIAM CHRISTENSEN
17 GRANUAILE ROAD
SOUTHBOROUGH, MA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Tuesday, March 27, 2007 @ 2:00 pm |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 2423(b) and 2422(b)

Brief description of offense:

Travel in Interstate Commerce for the Purpose of Engaging in Illicit Sexual Activity

Use of a Facility in Interstate Commerce to Entice a Minor to Engage in Illegal Sexual Behavior

Martha Saucier
Signature of Issuing Officer

March 21, 2007
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 3/27/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Magistrate Court 2 Exchange Terr, Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/27/07
Date

Burton Stallwood
~~Name of United~~ States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty, Jeffrey Pine (?), Previously Served by FAX.

FILED
2007 MAR 28 P 2:00
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.