**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 07-33 ML**

**WILLIAM J. CHRISTENSEN**

**AFFIDAVIT OF THE DEFENDANT**

I, William J. Christensen, the undersigned, do swear to the truth of the following statements:

1. My name is William J. Christensen, date of birth, June 20, 1946.
2. I reside at 17 Granuaile Rd., Southboro, MA 01772.
3. I am presently charged in Federal Court Criminal Indictment CR 07-33 ML.
4. A condition of my bail is that I surrender any passport that I own and/or possess.
5. In late 2005 my passport and other personal papers were lost when I was traveling in western Massachusetts; I reported this loss to the State Department.
6. I have not applied for nor have I received a replacement passport since that time and I therefore do not currently own or possess a valid passport.

William J. Christensen

Date: 4/5/2007

Signed and sworn before me on the 5th day of April, in 2007.

My commission expires on February 11, 2011

MICHAEL L. BACKER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 11, 2011