UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-33 ML

WILLIAM J. CHRISTENSEN

## DEFENDANT'S REQUEST FOR DISCOVERY AND INSPECTION

Now comes the Defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and hereby requests the following be provided:

1. Any relevant written or recorded statements made by the defendant, or copies thereof, within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government; that portion of any written record containing the substance of any relevant oral statement made by the defendant whether before or after arrest in response to interrogation by any person then known to the defendant to be a government agent; and recorded testimony of the defendant before a grand jury which relates to the offense charged. Defendant also requests the substance of any other relevant oral statement made by the defendant whether before or after arrest in response to interrogation by any person then known by the defendant to be a government agent if the government intends to use that statement at trial.

2. A copy of the defendant's prior criminal record, if any, as is within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

3. Defendant requests the opportunity to inspect and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belong to the defendant.

4. Defendant requests the opportunity to inspect and copy or photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial.

5. A written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial.

6. Any material or information, within the meaning of Giles v. Maryland, 386 US 66 (1967), Brady v. Maryland, 373 US 83 (1963) and Giglio v. United States, 405 US 150 (1972), which tends to negate the guilt of the accused or to reduce his punishment for the offense charged.

7. Any wire or oral communications that have been intercepted pursuant to 18 USC § 2515 2518, copies of the tapes and/or transcripts of wiretap conversations.

Respectfully submitted,

WILLIAM CHRISTENSEN, DEFENDANT

BY HIS ATTORNEY

Jeffrey B. Pine #2278
Jeffrey B. Pine Esq. PC
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

**CERTIFICATION**

Terrence Donnelly,

I hereby certify that a true copy of the within Discovery Request was mailed to the Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 10th day of April, 2007.

Jeffrey B. Pine
______________________________