**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**:**
**:**
**v. : CR 07-33 ML**
**:**
**:**
**WILLIAM J. CHRISTENSEN :**

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL OUT OF STATE**

Now comes the Defendant in this matter and moves the Court for permission to travel out of state from Friday April 20th to Sunday April 22nd. The Defendant has posted $10,000.00 cash bail and a condition of his release has been that he is on home confinement at his residence in Southboro, Massachusetts. Defendant has complied with all the terms and conditions of his release since bail was set on March 27, 2007.

The details of this request are as follows:

1. Defendant wishes to attend a family gathering in Ridgewood New Jersey at the home of his sister-in-law, Carol Kaufman;
2. Ms. Kaufman lives at 224 Lincoln Ave., Ridgewood, New Jersey 07450, telephone number 201-447-1576;
3. The Defendant and his wife would be traveling by car directly to Ms. Kaufman's residence on Friday and staying overnight at that location on Friday and Saturday nights, returning to Rhode Island by car on Sunday the 22nd;
4. The purpose of the trip is to attend a family Seder in observance of the Passover holiday; the extended family was unable to gather during the holiday in late March/early April and the family is observing the holiday this weekend.

WHEREFORE, Defendant requests Court permission to travel as specified from Friday April 20, 2007 until Sunday April 22, 2007.

WILLIAM CHRISTENSEN, DEFENDANT

BY HIS ATTORNEY,

/s/ Jeffrey B. Pine, Esq.

Jeffrey B. Pine #2278
Jeffrey B. Pine Esq. PC
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

**CERTIFICATION**

I hereby certify that a true copy of the within Motion for Permission to Travel was faxed and mailed to AUSA Terrence Donnelly, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 16th day of April, 2007.

/s/ Jeffrey B. Pine, Esq.