**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR No. 07-33ML |
| | * | |
| WILLIAM CHRISTENSEN | * | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

The parties hereby respectfully ask the Court to continue the trial in the above matter to the July trial calendar. The case is currently set for a final pretrial conference on May 31, 2007 and impanelment on June 5, 2007. As grounds for this motion, the parties state:

1. As represented to the Court during the pretrial conference in this matter on May 10, 2007, the parties are exploring whether this case can be disposed of by way of a plea agreement.

2. The issues being discussed by the parties concern the analysis of evidence found on the defendant's computer. Unfortunately, due to the complexity of the evidence being analyzed, see 18 U.S.C. §3161(h)(8)(B)(ii), government agents were not able to conclude their analysis prior to the filing of this Motion.

3. There has been no prior continuance in this case, and the defendant is not detained.

4. If plea discussions are fruitful, judicial resources would be conserved, thus fulfilling one of the purposes of the

Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

5. If the parties cannot agree and the case must be tried, the ends of justice would be served by providing the parties additional time for trial preparation, particularly given the complexity of anticipated computer-related evidence. 18 U.S.C. §3161(h)(8)(B)(ii) and (iv).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

/s/ JEFFREY B. PINE
JEFFREY B. PINE
Counsel for the Defendant
R.I. Bar No. 2278
321 South Main Street
Providence, RI 02903
Tel (401) 351-8200
jbp@pinelaw.com

Dated: May 23, 2007