**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 07-33 ML**

**WILLIAM J. CHRISTENSEN**

**DEFENDANT'S REQUEST TO EXTEND DEADLINE FOR FILING MOTIONS**

Now comes the Defendant and moves that the Court extend the time for the filing of pretrial Motions until one week after the Government has fully complied with the Defendant's Request for Discovery.

As grounds for this Motion the Defendant recites the following:

1. On May 10, 2007 a pretrial conference was held with the Court at which time it was discussed that a plea agreement was being explored in this matter;
2. To that end, the prosecutor indicated that additional tests were being performed on the Defendant's computer, the results of those tests being relevant to the determination of whether the case would go forward as a plea or a trial;
3. On May 23, 2007 a "Joint Motion to Continue Trial Date" was filed with the Court, due to the fact that "the issues being discussed by the parties concern the analysis of evidence found on the Defendant's computer. Unfortunately, due to the complexity of the evidence being analyzed…government agents were not able to conclude their analysis prior to the filing of this Motion."

4. The Court, in granting that Joint Motion on June 1, 2007, has issued an Order requiring the filing of pretrial memoranda by the parties on or before July 3, 2007, with empanelment on July 10, 2007.

5. The Defendant is entitled to the analysis of evidence found on the Defendant's computer under the Rules of Procedure as well as Brady and Giglio.

WHEREFORE, Defendant submits that the instant Motion is necessary to allow the Defendant a short period of time following the Government's full compliance with the Discovery Request by the Defendant as described herein.

Respectfully submitted,

WILLIAM CHRISTENSEN, DEFENDANT

BY HIS ATTORNEY

____________________

Jeffrey B. Pine #2278
Jeffrey B. Pine Esq. PC
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

**CERTIFICATION**

I hereby certify that a true copy of the within Motion electronically filed and was mailed to Terrence Donnelly Esq., Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 6th day of June 2007.

__________________________