**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 07-33 ML**

**WILLIAM J. CHRISTENSEN**

# DEFENDANT'S MOTION TO COMPEL

Now comes the Defendant in this matter and moves to compel the Government to provide a complete copy of any and all forensic analyses of the Defendant's computer that have been conducted by any law enforcement agency.

Defendant is entitled to this as part of the Government's Response to Discovery, as enumerated in paragraph 4 of the Defendant's Request for Discovery. The Government did respond to that request initially by providing a copy of the "Computer Forensics Examination Report" filed by the Rhode Island State Police, however since that time the Government has represented that additional scientific tests and experiments have been conducted on the Defendant's computer.

As recently as at the pretrial conference held with the Court on May 10, 2007 the Government represented that (a) additional tests were being performed on the Defendant's computer by law enforcement agents and (b) the prosecutor expected to turn over the results of those tests within a week of May 10th.

To date, four weeks later, that has not occurred. Defendant submits that the results are necessary to the proper preparation of a defense in this matter, as well as being necessary to the proper consideration of any proposed plea agreement that the Government transmits to the Defendant.

WHEREFORE, the Defendant requests that the Motion to Compel be granted.

Respectfully submitted,

WILLIAM CHRISTENSEN, DEFENDANT

BY HIS ATTORNEY

/s/ Jeffrey B. Pine

Jeffrey B. Pine #2278
Jeffrey B. Pine Esq. PC
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

**CERTIFICATION**

I hereby certify that a true copy of the within Motion was electronically filed and was mailed to Terrence Donnelly Esq., Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 6th day of June 2007.

/s/ Jeffrey B. Pine