**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR No. 07-33ML |
| | * | |
| WILLIAM CHRISTENSEN | * | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST TO EXTEND DEADLINE FOR FILING MOTIONS**

The defendant has moved to extend the time for filing pretrial motions. For the reasons stated in the Government's Response to the Defendant's Motion to Compel, the government does not object. Essentially, the government and the defendant have been engaged in good faith negotiations to settle this case. To that end, the government directed its agents to reexamine the defendant's computer in an attempt to address some of the issues involved in the plea negotiations. Through no one's fault, that reexamination has taken longer than first expected, given the complexity of what was asked of the agents, and the general complexity and labor intensiveness involved in any search of a computer. Therefore, the government does not object to the

Motion to Extend, nor, should the defendant seek one, would the government object to a continuance of the July trial date.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2007, a copy of the within Government's Response to Defendant's Request to Extend was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Jeffrey B. Pine, Esq.
jbp@pinelaw.com, llk@pinelaw.com
321 South Main Street
Providence, RI 02903

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov