[EXHIBIT 1]

# COMPUTER FORENSICS EXAMINATION REPORT

| | |
|---|---|
| TO:<br><br>AGENCY:<br><br>RE: COMPUTER FORENSICS EXAM OF A DESKTOP COMPUTER SEIZED FROM WILLIAM J. CHRISTENSEN. | CASE NUMBER: 06RIX1-394-AR ; 06RIX1-371-OF<br><br>CHARGES:<br>➤ INDECENT SOLICITATION OF A CHILD. |
| REPORT PREPARED BY:<br>DETECTIVE KEN M. BELL<br>RHODE ISLAND STATE POLICE<br>COMPUTER CRIMES UNIT<br>1575 OLD LOUISQUISSET PIKE<br>LINCOLN, RHODE ISLAND 02865 | DATE: OCTOBER 20, 2006<br><br>RELATED CASES/NOTATIONS: N/A |

## OVERVIEW, PRE-EXAMINATION & ACQUISITION

On May 12, 2006, a confidential informant reported that while posing as a 15-year-old girl in a Yahoo Chat room, he/she was solicited for sex by a person utilizing the Yahoo screen name tanstafl49new. The informant provided Detective Bell with a copy of the chat logs, which revealed that the suspect was attempting to arrange to meet for sex with a female who he believed was a15-year-old girl. During the chat conversation, the suspect stated that he was a 58-year-old gentleman from the Framingham, Massachusetts, area with the first name of "Bill." The suspect also electronically mailed the informant two photographs. The first photograph was a picture of a white male in his late fifties hugging a dog; the second photograph was a picture of his exposed penis. The suspect stated that he was pictured in the first photograph, and advised that the second picture was his "cock." In reference to the second photograph, the suspect stated, "think you might like that? …Can be yours", and then attempted to make arrangements to meet for sex.

After receiving this information, Detective Bell signed into the chat room in question utilizing an undercover profile ksgirl144@yahoo.com. This undercover account reflects the profile of a 12-year-old girl. After signing into this chat room, Detective Bell was immediately contacted by the suspect utilizing the Yahoo screen name tanstafl49new. By the nature of the chat conversation, it was apparent to Detective Bell that the suspect was attempting to meet underage females for the purpose of sex. The suspect also stated that he was from the

Framingham area, and electronically mailed Detective Bell the same picture of a male in his late fifties hugging a dog.

On May 16, 2006, your affiant assumed the online profile annmarie1414@yahoo.com and then had an online conversation with screen name tanstafl49new. Posing as a fifteen (15) year old female, Detective Bell agreed to meet with this individual for sex on the following day. The individual utilizing the screen name tanstafl49new described in graphic detail the sexual acts that he intended to perform on the fifteen (15) year old female. He also made arrangements to travel to East Providence, Rhode Island for this meet and advised that he would be wearing a leather jacket and operating a red Subaru Forrester.

On May 17, 2006, members of the Rhode Island State Police and East Providence Police Department arrested William J. Christensen, DOB: 06-20-1946, 17 Granuaile Road, Southborough, Massachusetts, after he arrived at the meeting location, operating a red Subaru Forrester. In a formal statement, Mr. Christensen confirmed that he was utilizing the Yahoo screen name tanstafl49new. He further stated that he traveled to Rhode Island with the intentions of engaging in sexual activity with a fifteen (15) year old female. Mr. Christensen also signed a consent to search form authorizing members of the Rhode Island State Police to search his residence. As a result of the search at 17 Granuaile Road, Southborough, Massachusetts, Detective Shepherd seized the following items: One (1) Gateway Computer Tower, serial #0013965971, One (1) Compaq Photo Printer with power cord, Six (6) CD-ROMS in Cases, Twenty-four (24) 3.5 Diskettes, and assorted paperwork.

On May 18, 2006, Trooper Peter Cooke of the Massachusetts State Police contacted Detective Bell and advised that William J. Christensen was a suspect in an online investigation that he was conducting. On May 16, 2006, William J. Christensen utilizing the screen name, tanstafl49new, contacted the undercover profile of a thirteen girl, melissaqt1995@yahoo.com, and attempted to make arrangements to meet for sex. Trooper Cooke further advised that during the conversation, William Christensen transmitted two separate images of his exposed penis to the undercover profile. On May 23, 2006, William J. Christensen was arrested by Massachusetts State Police and charged with the following: 1. Enticement of a Minor (Chap. 265/26C/B), 2. Attempt to Commit a Crime (Chap. 274/6) – Dissemination of Matter Harmful to a Minor (Chap. 272/28), 3. Dissemination of Obscene Matter (Chap. 272/29) – image of penis, and 4. Dissemination of Obscene Matter (Chap. 272/29) – image of penis.

On June 1, 2006, Judge Michael A. Higgins signed a search warrant authorizing members of the Computer Crimes Unit to search the aforementioned digital media for any and all records or data related to the acquisition, transmission, and storage of electronic messages and images related to the unlawful solicitation of children.

On June 6, 2006, this examiner began forensic analysis on a desktop computer that was seized from the residence of William J. Christensen. The computer was described as a Gateway 400 desktop computer, color white, bearing serial number 0013965971. This examiner

conducted an inventory of this computer which revealed that the Gateway 400, desktop computer, color white contained a 4 giga-byte Maxtor Brand, IDE hard drive bearing serial number A22WC13C. The hard disk drive was removed and the Complementary Metal Oxide Semiconductor (CMOS) chip for the Gateway 400 desktop computer was examined through the system BIOS. The date and time stored in the CMOS chip were accurate with respect to the official time referenced at the website www.time.gov; the CMOS chip maintains time which is referenced by the operating system.

This examiner then utilized a forensic computer outfitted with a hardware-based write blocking device along with Encase version 5.05a to obtain a forensic copy of the hard drive. Using Encase, a physical bit-stream image of the subject drive was obtained and written to "evidence" files created by the forensic software. These "evidence" files contain the forensic copy of the subject hard disk along with checksums, case information, and MD5 hash verification values, which maintain the validity and integrity of the data. The acquisition of the hard disk drive in question reported no read errors and was completely verified.

## ACTIONS TAKEN/EXAMINATION

### 1. REVIEW OF ALLOCATED IMAGES

This examiner reviewed allocated images contained within the file system of the Gateway 400 desktop computer used by William J. Christensen. Allocated images are normally contained in "files" and available to a user under normal operation. This examiner located a file named "MINE" within the folder of "BILLDOCS" located on the D volume, which contained pornographic images transmitted by William Christensen utilizing the screen name tanstafl49new@yahoo.com. The below listed images were identified as relevant to this case.

Full Path Christensen\Christensen\D\BILLDOCS\MINE\7.JPG
Name 7.JPG
File Created 10/07/04 01:49:24AM
File Offset 0

PAGES 4, 5, 6

REDACTED

IN ENTIRETY

(SEE FOOTNOTE 3)

Full Path Christensen\Christensen\D\BILLDOCS\MINE\5.JPG
Name 5.JPG
File Created 10/07/04 01:26:46AM
File Offset 0

REDACTED

### A. Yahoo Messenger Photo Sharing

One of the many features of Yahoo Messenger is photo sharing. This feature allows the user to drop-and-drag photographs into their Instant Messaging windows and talk about them like they are there. Listed below are images from a photo sharing session.

Full Path Christensen\Christensen\C\Program Files\Yahoo!\Messenger\Cache\PhotoSharing\Sb559\lIwMbThL3Y9EUQtcM8GUqA--_m.jpg
Name lIwMbThL3Y9EUQtcM8GUqA--_m.jpg
File Created 05/16/06 04:25:00PM
File Offset 0



*Comment: This photograph was used in the undercover Yahoo profile of melissaqt1995.*

Full Path Christensen\Christensen\C\Program Files\Yahoo!\Messenger\Cache\PhotoSharing\Sb559\46yQCpcG2TyXICd4adCRpA--_m.jpg
Name 46yQCpcG2TyXICd4adCRpA--_m.jpg
File Created 05/16/06 04:55:04PM
File Offset 0

REDACTED

Full Path Christensen\Christensen\C\Program Files\Yahoo!\Messenger\Cache\PhotoSharing\Sb559\ApVajtWsSAOJmg29fOmAMg--_m.jpg
Name ApVajtWsSAOJmg29fOmAMg--_m.jpg
File Created 05/16/06 04:25:26PM
File Offset 0



Full Path Christensen\Christensen\C\Program Files\Yahoo!\Messenger\Cache\PhotoSharing\Sb559\s39JB5h4Q2UPlUcXAmihSw--_m.jpg
Name s39JB5h4Q2UPlUcXAmihSw--_m.jpg
File Created 05/16/06 04:26:56PM
File Offset 0



PAGE 10
REDACTED
ENTIRELY
(FN 3)

Full Path Christensen\Christensen\C\Program Files\Yahoo!\Messenger\Cache\PhotoSharing\Sb559\46yQCpcG2TyXICd4adCRpA--_m.jpg
Name 46yQCpcG2TyXICd4adCRpA--_m.jpg
File Created 05/16/06 04:55:04PM
File Offset 0

REDACTED

## 2. REVIEW OF SWAP FILE

While reviewing the Yahoo file, this examiner detected that the archieve feature of Yahoo Messanger was disabled; this feature when enabled stores a copy of the chat session. Therefore, this examiner conducted an analysis of the WIN.386 file, which is commonly referred to as the "swap file". The "swap file" is a file stored on the computer hard disk drive that is used as a temporary location to store information that is not currently being used by the computer's Random Access Memory (RAM). By using a swap file, a computer has the ability to use more memory than what is physically installed on the computer, which enhances computer performance. This examiner knows that the "swap file" often contains artifacts of evidence and selected the below listed fragments of text, which were partial conversations between the undercover profiles and the profile of William Christensen.

### A. TANSTAFL49NEW AND ANNMARIE1414

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created

File Offset 38449408

if we get having sex I will···l have condoms

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38472000

ever let guy play your pussy

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38482720

far as your are comfortable with

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38489904

teach you some of the joys of your body

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38476560

i dont no much

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38570848

I m only about 1 hour away

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38582304

```
you stay home want some company
```

## B. TANSTAFL49NEW AND MELISSAQT1995

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38842544

```
melissaqt1995
```

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38844400

```
what····`···`···what·······························································
···································p·······or what·`···`···or what·······················
·······························································ð···!···meets or· ······
or·ts···`···`···meets or···········································································
························€ ··!···real meets······meets···`···`···real meets······················
··································································
··!···pics real·······real····`···`···pics real········································
·········································
··!···cam pics·
```

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38847246

```
··every part·······································································
·········p···!···inspect every···········`···`···inspect every·······························
·······························································!···will inspect·············`···`·
··will inspect··························································
···································`···`···I will······································
························································ ···!···part your body···········`···`·
··part your body······································································
·········°···!···every part your·········`···`···every part your··························
······························································@···!···inspect every part·····`···`·
··inspect every part·······································································
·········Ð···!···will inspect every·····`···`···will inspect every··························
··························································`···!···I will inspect···········`···`·
```

---

```
··I will inspect··························································
··········ð···!···every part your body···'···'···every part your body·······················
·····················································€···!···inspect every part your·'···'·
··inspect every part your·································································
···········  ··!···will inspect every part·'···'···will inspect every part······················
·························································
```

Full Path Christensen\Christensen\C\WINDOWS\WIN386.SWP
Name WIN386.SWP
File Created
File Offset 38858767

```
·melissaqt1995···as this !···!···melissaqt1995·····ool···!···'···hot teacher my skhool··········
··························································°···!···this hot teache
r my·····'···'···this hot teacher my·······················································
·························@···!···as this hot teacher·····'···'···as this hot teacher············
··························································Ð···!···age as this hot
·········'···'···age as this hot··························································
·························`···!···same age as this········'···'···same age as this···············
··························································ð···!···ur same age as·
·········'···'···ur same age as···························································
·········p···1···this hot teacher my skhool··············'···'···this hot teacher my skhool·····
·····························································!···as this hot tea
cher my··'···'···as this hot teacher my····················································
·························  ···!···age as this hot teacher·'···'···age as this hot teacher········
··························································0···!···same age as thi
s hot····'···'···same age as this hot·····················································
·························À···!···ur same age as this·····'···'···ur same age as this············
·················································@···1···as this hot teacher my skhool··
·········'···'···as this hot teacher my skhool············································
·········Ð···1···age as this hot teacher my··············'···'···age as this hot teacher my·····
·················································`···1···same age as this hot teacher···
·········'···'···same age as this hot teacher············································
····························!···ur same age as this hot·'···'···ur same age as this hot········
·················································€···1···age as this hot teacher my skho
ol·······'···'···age as this hot t
```

## 3. ANALYSIS OF TEMPORARY INTERNET FILES

The Temporay Internet File stores the Web site data for every Web page or URL address that a user visits. When the Web server sends the Web page files to the browser, they are stored in a file so that the next time the user visits the same Web site the browser takes the data from the Temporary Internet File. This examiner conducted an anaylsis of this file and selected the below listed files as revelant.

### A. DIRECTIONS TO 102 EVERGREEN DRIVE, EAST PROVIDENCE, RI

Full Path Christensen\Christensen\C\WINDOWS\Temporary Internet Files\Content.IE5\1BCAE9AE\maps_result[4]
Name maps_result[4]
File Created 05/17/06 09:01:36AM
File Offset 113

Yahoo! Maps - East Providence, RI 02914-1560</title>

<meta name="DESCRIPTION" content="Yahoo! Maps - 102 Evergreen Dr, East Providence, RI 02914-1560

Full Path Christensen\Christensen\C\WINDOWS\Temporary Internet Files\Content.IE5\1BCAE9AE\maps_result[4]
Name maps_result[4]
File Created 05/17/06 09:01:36AM
File Offset 0

Yahoo! Maps - East Providence, RI 02914-1560 Yahoo!
[http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] My Yahoo!
[http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] Mail
[http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] Make Yahoo! your home pageIMG [yzq_x] IMG [Search the web]
IMG [Yahoo! Maps] [http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] Sign In
[http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...]
New User? Sign Up [http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...]

Maps Home [http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] - Maps Beta
[http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] - Help
[http://us.ard.yahoo.com/SIG=12fsrdjmt/M=251521.4147473.53575...] IMG [yzq_x]

## B. MAP OF EAST PROVIDENCE, RHODE ISLAND

Full Path Christensen\Christensen\C\WINDOWS\Temporary Internet Files\Content.IE5\ZRSTCME6\mapimage[5].gif
Name mapimage[5].gif
File Created 05/17/06 09:01:14AM
File Offset 0




## C. YAHOO PROFILE OF MELISSAQT1995

Full Path Christensen\Christensen\C\WINDOWS\Temporary Internet Files\Content.IE5\index.dat
Name index.dat
File Created 04/19/06 12:37:12AM
File Offset 99175

```
·http://profiles.yahoo.com/melissaqt1995?intl=us&os=win&ver=7,0,0
,437·ð-·melissaqt1995[2]·ð-·HTT
P/1.0 200 OK
Content-Length: 37432
Content-Type: text/html
```

## 4. ANALYSIS OF INDEX.DAT FILE

In the Microsoft Windows operating system, index.dat is a file used by the Internet Explorer web browser. The index.dat file functions as an active database, which runs as long as Windows is active. It functions as a repository of redundant information, such as web URLs,

search queries, and recently opened files. This examiner conducted an anaylsis of this file and selected the below listed files as revelant.

### A. YAHOO PROFILES OF ANNMARIE1414

Full Path
Christensen\Christensen\C\WINDOWS\History\History.IE5\MSHist012006050820060515\index.dat
Name index.dat
File Created 05/15/06 01:48:46AM
File Offset 237929

```
2006050820060515:
Judy@http://profiles.yahoo.com/annmarie1414?intl=us&os=win&ver=7,
0,0,437·
```

Full Path Christensen\Christensen\C\WINDOWS\History\History.IE5\index.dat
Name index.dat
File Created 10/10/05 05:25:44PM
File Offset 441320

```
Visited:
Judy@http://profiles.yahoo.com/annmarie1414?intl=us&os=win&ver=7,
0,0,437·-·················D···a·n·n·m·a·r·i·e·1·4·1·4·'·s·
·Y·a·h·o·o·!· ·p·r·o·f·i·l·e
```

## 5. ANALYSIS OF USER.DAT FILE

In the Microsoft Windows operating system, the user.dat file contains user setting. The Yahoo messenger program stores the "Buddy List" within this file. A Buddy List is a collection of screen names in an Instant Messenger (IM) program. This examiner selected the below listed " Buddy" profiles as revelant to this case.

Full Path Christensen\Christensen\C\WINDOWS\USER.DAT\Registry\.DEFAULT\Software\Yahoo\pager\profiles\tanstafl49new\IMVironments\Recent\ksgirl144;tanstafl49new

ksgirl144;tanstafl49new

Full Path Christensen\Christensen\C\WINDOWS\USER.DAT\Registry\.DEFAULT\Software\Yahoo\pager\profiles\tanstafl49new\IMVironments\Recent\melissaqt1995;tanstafl49new

melissaqt1995;tanstafl49new

Full Path Christensen\Christensen\C\WINDOWS\USER.DAT\Registry\.DEFAULT\Software\Yahoo\pager\profiles\tanstafl49new\IMVironments\Recent\annmarie1414;tanstafl49new

annmarie1414;tanstafl49new

## 6. YPAGER.LOG FILE

When Yahoo Messenger is installed, it installs a "ypager.log" file. The "ypager.log" stores the Yahoo Messenger's History, such as the email address and/or the chat name of the person that you were chatting with, along with the times/dates of chats etc. This file also records a log of any "ypager.log" errors. The below listed file is a copy of the "ypager.log" file stored on the hard drive.

| | |
|---|---|
| Full Path | Christensen\Christensen\C\Program Files\Yahoo!\Messenger\ypager.log |
| Name | ypager.log |
| File Created | 10/10/05 08:14:12PM |
| File Offset | 571609 |

```
On 5/11 2:27: 6| P2P: Received ControlMsg, from:annmarie1414, to:tanstafl49new, action=0

On 5/11 2:27:51| P2P: Socket error happened: Event=16, Code=10060, sock:3692

On 5/11 2:27:51| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=2
```

On 5/11 9:32:15| #Start Session::User connecting to net direct

On 5/11 9:32:17| Hostname IP:216.155.193.175

On 5/12 1:32:21| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=0

On 5/12 1:32:43| P2P: Received ControlMsg, from:annmarie1414, to:tanstafl49new, action=2

On 5/12 1:33:28| P2P: Socket error happened: Event=16, Code=10060, sock:3808

On 5/12 1:33:28| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=3

On 5/12 9:25:28| #Start Session::User connecting to net direct

On 5/12 9:25:28| Hostname IP:216.155.193.175

On 5/16 15:19:43| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=0

On 5/16 15:20: 4| P2P: Received ControlMsg, from:annmarie1414, to:tanstafl49new, action=2

On 5/16 15:20:49| P2P: Socket error happened: Event=16, Code=10060, sock:3716

On 5/16 15:20:49| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=3

On 5/16 22:22:58| #Start Session::User connecting to net direct

On 5/16 22:22:58| Hostname IP:216.155.193.138

On 5/16 22:22:58| Received FD_CONNECT

On 5/16 22:22:58| Received Send Port Success Check

On 5/16 22:23:36| P2P: Send ControlMsg, to:melissaqt1995, from:tanstafl49new, action=0

On 5/17 1:58:36| Hostname IP:216.155.193.179

On 5/17 1:58:36| Received FD_CONNECT

On 5/17 1:58:36| Received Send Port Success Check

On 5/17 1:58:38| Received FD_CLOSE

On 5/17 9:24: 9| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=0

On 5/17 9:24:30| P2P: Received ControlMsg, from:annmarie1414, to:tanstafl49new, action=2

On 5/17 9:25:15| P2P: Socket error happened: Event=16, Code=10060, sock:3804

On 5/17 9:25:15| P2P: Send ControlMsg, to:annmarie1414, from:tanstafl49new, action=3

## 7. TECHICAL INFORMATION

Initialize Case

C

**Volume**

| | | | |
|---|---|---|---|
| File System: | FAT32 | Drive Type: | Fixed |
| Sectors per cluster: | 4 | Bytes per sector: | 512 |
| Total Sectors: | 6,361,677 bytes (3GB) | Total Capacity: | 3,244,484,608 |
| Total Clusters: | 1,584,221 bytes (380.9MB) | Unallocated: | 399,355,904 |
| Free Clusters: | 194,998 bytes (2.6GB) | Allocated: | 2,845,128,704 |
| Volume Name: | | Volume Offset: | 63 |
| OEM Version: | MSWIN4.1 | Serial Number: | 1D2E-18DC |
| Heads: | 255 | Sectors Per Track: | 63 |
| Unused Sectors: | 63 | Number of FATs: | 2 |
| Sectors Per FAT: | 12,378 | Boot Sectors: | 36 |

Network Info

| | |
|---|---|
| Computer Account Name: | |
| Primary Domain Name: | |
| Name: | Judy |
| HostName: | Judy |
| LMHostFile | C:\WINDOWS\lmhosts |
| DefaultGateway: | |
| PrimaryProvider: | Microsoft Family Logon |
| DhcpIPAddress: | |
| DhcpServer: | |
| DhcpSubnetMask: | |
| IPAddress: | |
| IPAutoconfigAddress: | |
| IPAutoconfigMask: | |
| NameServergetInfo: | |
| SubnetMask: | |
| Lease Terminate Date: | |

Lease Obtained Date:

## OS Info

```
Product Name:               Microsoft Windows 98
Current Version:
Registered Owner:                Judy
Registered Organization: Home
System Root:                C:\WINDOWS
Current Build Number:
Path Name:
Product ID:                      50578-270-0006681-03416
Last Service Pack:
Product Key:                W7XTC-2YWFB-K6BPT-GMHMV-B6FDY
VersionNumber:              4.10.2222
Source Path:
Install Date:               First install date is October 10th, 2005
17:9:02

Last Shutdown Time:
```

## TimeZone Info

Active time bias is 4 hours offset from GMT.
StandardName: Eastern Standard Time
DaylightName: Eastern Daylight Time
Standard time bias is 5 hours offset from GMT.
Standard time is set to change the Standard bias by 0 minutes.
Daylight savings is set to change the Standard bias by -60 minutes.
Standard time is set to change on Sunday of the 5th week of October, at 02:00 hours.
Daylight savings time is set to change on Sunday of the 1st week of April, at 02:00 hours.
The current time setting is 4 hours offset from GMT.
The offset must be either added or subtracted from GMT depending on the time zone location

**Name:** Christensen
**ActualDate:** 06/06/06 02:00:49PM
**TargetDate:** 06/06/06 02:00:49PM
**FilePath:** F:\Christensen\Evidence\Christensen.E01
**Case Number:** Christensen
**Evidence Number:** Christensen
**Examiner Name:** Det Bell
**Notes:**
**Drive Type:** DRIVEFIXED
**File Integrity:** Completely Verified, 0 Errors
**Acquisition Hash:** A86DB40F452B12B313D721AB6192A069
**Verify Hash:** A86DB40F452B12B313D721AB6192A069
**EnCase Version:** 5.05a
**System Version:** Windows XP
**Fastbloced:** No
**Is Physical:** Yes
**Compression:** Best
**Total Sectors:** 8440992

D

**Volume**

| | | | |
|---|---|---|---|
| File System: | FAT32 | Drive Type: | Fixed |
| Sectors per cluster: | 1 | Bytes per sector: | 512 |
| Total Sectors: | 2,072,322 bytes (996.3MB) | Total Capacity: | 1,044,685,824 |
| Total Clusters: | 2,040,402 bytes (301.2MB) | Unallocated: | 315,785,216 |
| Free Clusters: | 616,768 bytes (695.1MB) | Allocated: | 728,900,608 |
| Volume Name: | | Volume Offset: | 6,361,803 |
| OEM Version: | MSWIN4.1 | Serial Number: | 84A2-F6F6 |
| Heads: | 255 | Sectors Per Track: | 63 |
| Unused Sectors: | 63 | Number of FATs: | 2 |
| Sectors Per FAT: | 15,942 | Boot Sectors: | 36 |

## Summary

As a result of this forensic analysis, this examiner was able to identify evidence on the computer hard drive of William Christensen that directly related to the undercover chat operations conducted by the Rhode Island State Police and Massachusetts State Police. This analysis revealed that the pornographic images transmitted by Yahoo screen name tanstafl49new were located on the hard drive within a file labeled "MINE". This analysis also revealed a Yahoo messenger photo sharing session on May 16, 2006, which contained a photograph utilized by the undercover profile of melissaqt1995 along with the pornographic images contained within the "MINE" file. A review of the "swap file" revealed text fragments of communications between the suspect's profile and both state police undercover profiles. Analysis of the temporary internet files revealed a Yahoo map inquiry for directions to 102 Evergreen Drive, East Providence, Rhode Island, along with a map of East Providence, Rhode Island. In addition, this file contained a link to the Yahoo profile of melissaqt1995. This examiner also found a link to the undercover profile of annmarie1414 within the index.dat file. An analysis of the user.dat file revealed that the "buddy list" for tanstafl49new contained the screennames of ksgirl144, melissaqt1995, and annmarie1414. The ypager.log file provided logs of chat sessions between tanstafl49new and the undercover screennames ulitized in the undercover chat investigation.

This report contains data that this examiner selected as revelant to this investigation; however, additional analysis is available upon request.