UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

v. : CR 07-33 ML

WILLIAM J. CHRISTENSEN :

**JOINT MOTION FOR CONTINUANCE OF TRIAL DATE BY 60 DAYS**

Now comes the Defendant and the Government and request that the Court continue the trial in the above matter until the August trial calendar. It is presently scheduled for July.

As grounds for this Motion the parties recite the following:

1. On May 10, 2007 a pretrial conference was held with the Court at which time it was discussed that a plea agreement was being explored in this matter;
2. The evidentiary and discovery issues being discussed at that time concerned the analysis of evidence found on the computer of the Defendant. According to the prosecutor, the complexity of the evidence being analyzed led to a more lengthy analysis than was previously anticipated;
3. The requested discovery was sent by the Government and received by the Defendant on June 14, 2007; Defendant is now in possession of a CD-ROM disc that contains a "web browsing history" dating back to October 11, 2005; it also contains 19 emails recovered from the hard drive of the Defendant's computer;
4. This "web browsing history" contains 4784 different entries; these will have to be reviewed by both sides in order to determine any evidentiary value that might be contained therein;

5. There also exists the possibility that an expert may have to be retained by defense counsel in order to properly and professionally analyze the "web browsing history";

6. Due to the amount of discovery that needs to be reviewed by defense counsel and the prosecutor, counsel for the Defendant and the Government respectfully request a 60-day continuance of the trial of this matter in order to properly prepare for trial, or in the alternative, to continue to engage in plea discussions with an objective of resolving this matter;

7. The parties agree that any delay occasioned by the granting of this Motion will constitute excludable time as defined by 18 U.S.C. § 3161 (h);

8. If plea discussions are fruitful, judicial resources would be conserved, thus fulfilling one of the purposes of the Speedy Trial Act. See U.S.C. § 3161 (h) (1) (I).

WHEREFORE, the parties submit that the instant Motion is necessary to allow both the Defendant and the Government a short period of time to review the discovery and engage in continued discussions following the Government's latest Discovery Response.

Respectfully submitted,

WILLIAM CHRISTENSEN, DEFENDANT

BY HIS ATTORNEY

/s/ Jeffrey B. Pine #2278
Jeffrey B. Pine
Counsel for the Defendant

ROBERT CLARK CORRENTE
United States Attorney
BY:

/s/ Terrence P. Donnelly#3056
Terrence P. Donnelly
Asst. US Attorney

321 South Main St.
Providence, Rhode Island 02903
401-351-8200
jbp@pinelaw.com

50 Kennedy Plaza, 8th Floor
401-709-5000
terrence.donnelly@usdoj.gov

**CERTIFICATION**

I hereby certify that a true copy of the within Motion electronically filed and was mailed to Terrence Donnelly Esq., Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 21st day of June 2007.

/s/ Jeffrey B. Pine #2278