UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
:
v. : CR 07-33 ML
:
:
WILLIAM J. CHRISTENSEN :

DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

Now comes the Defendant in this matter and moves the Court for permission to travel out of state from Wednesday November 21, 2007 until Sunday November 25, 2007 to McLean, Virginia. The Defendant has posted $10,000.00 cash bail and a condition of his release has been that he is on home confinement at his residence in Southborough, Massachusetts. Defendant has complied with all the terms and conditions of his release since bail was set on March 27, 2007. His next court date is November 30, 2007 for Sentencing.

The details of this request are as follows:

1. Defendant will be staying at the home of Mr. and Mrs. James Berman, [redacted]., [redacted]. Their phone number is [redacted]. Mrs. Christensen will also have her cell phone for the trip; that number is [redacted];
2. The purpose of the trip is to spend the Thanksgiving holiday with his son and other relatives; Mrs. Berman is unable to travel due to illness;
3. The Defendant and his wife would be driving both ways.

WHEREFORE, Defendant requests Court permission to travel.

Denied for the reasons set forth in the Government's memo in opposition -
Mary M. Lisi
USDJ 11/13/07

33

WILLIAM CHRISTENSEN, DEFENDANT

BY HIS ATTORNEY,

/s/ Jeffrey B. Pine

Jeffrey B. Pine #2278
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

**CERTIFICATION**

I hereby certify that a true copy of the within Motion for Permission to Travel was mailed to AUSA Terrence Donnelly, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 8 day of November, 2007.

/s/ Jeffrey B. Pine, Esq.