UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-33 ML

WILLIAM J. CHRISTENSEN

DEFENDANT'S MOTION FOR RETURN OF BAIL MONEY

Now comes the Defendant in this matter and moves for the return of the bail money that was posted in this matter. The Defendant has pled guilty to the charges and has begun to serve his sentence in the federal prison system.

The Defendant posted $10,000.00 cash bail at his arraignment and a condition of his release on bail was that he was on home confinement at his residence in Southboro, Massachusetts. Defendant has complied with all the terms and conditions of his release since bail was set on March 27, 2007 and reported to the US Marshals on December 28, 2007.

The case having concluded and the Defendant being incarcerated as part of his sentence, he now moves for the return of the bail that was posted in this matter.

WHEREFORE, the Defendant requests that the Motion be granted.

Respectfully submitted,

WILLIAM CHRISTENSEN, DEFENDANT
BY HIS ATTORNEY

/s/Jeffrey B. Pine

Jeffrey B. Pine #2278

Jeffrey B. Pine Esq. PC
321 South Main St.
Providence, Rhode Island 02903
401-351-8200

**CERTIFICATION**

I hereby certify that a true copy of the within Motion was electronically filed and was mailed to Terrence Donnelly Esq., Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor Providence, Rhode Island, 02903, on the 31st day of December, 2007.

/s/Jeffrey B. Pine