**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **CR 07-33 ML**

**WILLIAM J. CHRISTENSEN**

**ORDER**

This matter came before the Court on the Motion of the Defendant for the Return of Bail Money previously posted. The amount posted by the Defendant at his arraignment was $10,000.00.

It is the finding of the Court that the Defendant has been sentenced and has surrendered to the authority of the United States Marshals.

Accordingly, the Defendant's Motion for Return of Bail is hereby **Granted**.

It is the Order of the Court that the bail previously posted be returned forthwith to the Defendant at the following address:

**17 Granuaile Rd.**
**Southborough, MA 01772**

ENTER: Mary M. Lisi USDJ

PER ORDER: Barbara Barletta

Date: January 2, 2008

Submitted by:

Jeffrey B. Pine Esq. #2278
321 South Main St.
Providence, Rhode Island 02903
401-351-8200